ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| US Pan American Solutions, LLC | ) ASBCA No. 63361 |
| | ) |
| Under Contract No. W9133L-20-C-4001 | ) |

APPEARANCE FOR THE APPELLANT:      Mr. Jorge DelPino
                                                                    Vice President

APPEARANCES FOR THE GOVERNMENT:   Scott N. Flesch, Esq.
                                                                    Army Chief Trial Attorney
                                                                    MAJ Benjamin W. Hogan, JA
                                                                    Trial Attorney

## ORDER OF DISMISSAL

Appellant was ordered, within 21 days, to either file a complaint or show cause why the appeal should not be dismissed for failure to prosecute. Appellant received the Show Cause Order on September 28, 2022 but has not responded. Appellant likewise had failed to respond to repeated Board telephone calls and an earlier Board Order. Accordingly, the above appeal is dismissed with prejudice under Board Rule 17.

Dated: October 27, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63361, Appeal of US Pan American Solutions, LLC, rendered in conformance with the Board's Charter.

Dated: October 28, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals